```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

MARYLAND CASUALTY
COMPANY,

    Plaintiff,

VS.                                          NO. 2:09cv2041 cgc

NEW GROWTH IN CHRIST
CHRISTIAN CENTER, INC. D/B/A
NEW GROWTH IN CHRIST,
SIDNEY POITIER MALONE,
DENEICE ANDREWS,
CARMELITA CARMELETOS
DRAYTON and ROCHELLE
MALONE,

    Defendants.

## ORDER OF DISMISSAL

The plaintiff submitted a Notice of Voluntary Nonsuit Without Prejudice as to Defendant Rochelle Malone in this matter on October 20, 2009 (DE#18). The parties also submitted a Joint Stipulation of Dismissal Without Prejudice as to the remaining defendants in this matter on October 20, 2009 (DE#19). This case is therefore DISMISSED WITHOUT PREJUDICE.

It is so ORDERED this 22nd day of October, 2009.

                                        s/Charmiane G. Claxton
                                        UNITED STATES MAGISTRATE JUDGE